UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In the matter of: | |
|---|---|
| **Connie D. Snyder** | Case No. **12-13207-AJC** |
| | Chapter 7 |
| Debtor(s) | Judge **A. Jay Cristol** |

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1) $9,471.79 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Capital One<br>POB 85520<br>Richmond, VA 23285 | 3 | $504.00 |
| Capital One<br>POB 85520<br>Richmond, VA 23285 | 3 | $5.86 |
| GEMB / Walmart<br>POB 981400<br>El Paso, TX 79998 | 7 | $1,606.00 |
| GEMB / Walmart<br>POB 981400<br>El Paso, TX 79998 | 7 | $18.66 |
| The Home Depot<br>POB 20483<br>Kansas City, MO 64195 | 6 | $7,253.00 |

| | | |
|---|---|---|
| The Home Depot<br>POB 20483<br>Kansas City, MO 64195 | 6 | $84.27 |

|  |  |
|---|---|
| Total Unclaimed/ Small Dividends $25.00 or under | $24.52 |
| Total Unclaimed Dividends Over $25.00 | $9,447.27 |

Dated: 06/07/2021

/s/ JACQUELINE CALDERIN
JACQUELINE CALDERIN
1825 PONCE DE LEON BLVD #358
Coral Gables, FL 33134
Telephone : (786) 369-8440
Facsimile :

cc: U.S. Trustee